767 A.2d 961

IN THE MATTER OF LAURENCE A. HECKER,
AN ATTORNEY AT LAW

March 8, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **LAURENCE A. HECKER** of **TOMS RIVER,** who was admitted to the bar of this State in 1965, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.15(a) (negligent misappropriation), *RPC* 1.14(a) (failure to safeguard client funds), *RPC* 5.3(a) and (b) (failure to supervise a nonlawyer assistant), and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the Court having determined that a three-month suspension from practice is the appropriate discipline to be imposed in this matter;

And good cause appearing;

It is ORDERED that **LAURENCE A. HECKER** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective April 2, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.